UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cr-00244-JPH-MJD |
| CHARLES BRANT EVANS, | ) -01 |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark Dinsmore has entered a Report and Recommendation finding that Defendant violated the condition of his supervised release and recommending modifications to the terms of his supervised release. Dkt. 25. The parties have had the opportunity to object but have not done so. *See* 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [25].

**SO ORDERED**.

Date: 8/6/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

All ECF-registered counsel of record via email generated by the Court's ECF system

United States Probation Office

United States Marshal