UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cr-00244-JPH-MJD |
| CHARLES BRANT EVANS, | ) ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Paul R. Cherry has entered a Report and Recommendation, dkt. 44, recommending that the Court revoke Mr. Evans' supervised release and sentence him to four months with five years' supervised release to follow. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [44]. The Court now **ORDERS** that Charles Evans' supervised release is therefore **REVOKED**, dkt. [36], and Mr. Evans is sentenced to the custody of the Attorney General or his designee for imprisonment of four months with five years' supervised release to follow.

**SO ORDERED.**

Date: 12/7/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal